IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN W. HIGGINS,

    Plaintiff,   No. 2:13-cv-0275 EFB P

    vs.

BARNES, et al.,

    Defendants.   ORDER
_____/

    Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations pursuant to 42 U.S.C. § 1983. He has filed a statement with the court regarding the delay in obtaining his trust account statement. Dckt. No. 8. The court construes plaintiff's filing as a request for an extension of time to submit his trust account statement. So construed, the request is granted. Plaintiff has 30 days from the date this order is served to submit the required trust account statement. Failure to comply with this order may result in a recommendation that this action be dismissed.

    So ordered.

Dated: March 20, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE